UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

——————————————

No. 99-60640

——————————————

KEVIN C. KONWINSKI,

Plaintiff-Appellant,

versus

JOHN DALTON, Secretary of the Navy; L.V. MACHETTE, Captain,
Commanding Officer; R. E. MILLER, Officer In Charge, Personnel
Support Detachment, Gulfport; DANIEL T. OLIVER,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:98-CV-458-RG)

_____

October 6, 2000

Before BARKSDALE, and BENAVIDES, Circuit Judges, and VELA,[*] District Judge.

PER CURIAM:[**]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*] District Judge of the Southern District of Texas, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.